UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:25-CV-80883-MATTHEWMAN

TODD POPKE, et al.,

      Plaintiff,

  v.

COSTCO WHOLESALE CORPORATION,

      Defendant.

## DEFENDANT'S REPLY STATEMENT OF MATERIAL FACTS

Consistent with Local Rule 56.1(b)(3), Defendant Costco Wholesale Corporation files the following Reply Statement of Material Facts. The assertion that a statement is "disputed" should not be construed as a statement that any material fact is in genuine dispute (it is not); rather, it merely reflects that the undisputed record does not support Plaintiffs' assertions. As required by Local Rule, this Reply is limited to the Statement of Additional Material Facts filed by Plaintiffs (Dkt. 52, at 9). Further, although the following outlines the existence of any dispute and relevant record citations, as required by Local Rule, additional details concerning the bases for each response are outlined in Costco's Reply Memorandum in Support of Its Reply Statement of Facts, which is being filed simultaneously.

Costco responds to the Statement of Additional Material Facts as follows:

### SPECIFIC RESPONSES

119.   Disputed. (Popke Dep., Exhibit A, at 167:21–168:8, 192:22–197:3; Gonzalez Dep., Exhibit B, at 170:4–11.)

120.   Disputed. (Dkt. 48-1, at 110:22–111:9, 1914–192:6, 198:2–10, 199:16–21 & Dep. Exs. 15–16; Dkt. 48-4 ¶ 7; Dkt. 48-7 ¶ 5.)

121.   Disputed. (Dkt. 48-1 at 179:12–182:16; Ex. A at 217:18–24, 218:20–219:11.)

122.   Disputed. (Glenn Dep, Exhibit C, at 28:5–29:12; Dkt. 52-8, at 3–4; Dkt. 48-4 ¶¶ 2, 7, 10; Dkt. 48-3, at 205:15–20; Dkt. 48-7 ¶ 9.)

123.    Disputed. (Dkt. 48-1, at 158:1–18, 158:23–160:2, 186:10–20, 187:20–188:4 & Dep. Ex. 11; Dkt. 48-2, at 115:20–23, 165:17–166:6, 168:3–17; Dkt. 48-3, at 153:14–24, 181:7–23, 181:7–23 & Dep. Exs. 13–14; Dkt. 48-5 ¶¶ 3–4 & Ex. 1 ¶¶ 15–16; Dkt. 48-6 ¶ 3.)

124.    Disputed. (Dkt. 52-7, at 16:14–17:7; Dkt. 48-5 ¶ 17.)

125.    Disputed. (Dkt. 52-3, at ROG Resp. 1; Dkt. 52-9, at ROG Resp. 1.)

Respectfully submitted this 15th day of June 2026,

By: */s/ Andrew McKinley*
    Andrew McKinley, Fla. Bar No. 122069
    Ralph Culpepper (pro hac vice)
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, GA 30309-3958
    Telephone: (404) 885-
    amckinley@seyfarth.com
    rculpepper@seyfarth.com

    *Attorneys for Defendant*
    *Costco Wholesale Corporation*

1

## **CERTIFICATE OF SERVICE**

I hereby certify the foregoing was electronically filed with the Court, via the CM/ECF system, on June 15, 2026, which will serve a copy of the same on all counsel of record.

*/s/ Andrew McKinley*
Andrew McKinley

2